**UNITED STATES of America,**
**Plaintiff—Appellee**

v.

**Jesus LOPEZ–MOLINA, Defendant—**
**Appellant.**

**No. 06–50760.**

United States Court of Appeals,
Fifth Circuit.

Jan. 10, 2007.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Federal Public Defender's Office Western District of Texas, San Antonio, TX, for Defendant–Appellant.

Before SMITH, WIENER and OWEN, Circuit Judges.

PER CURIAM: *

IT IS ORDERED that the appellee's unopposed motion to vacate sentence of the district court is GRANTED.

IT IS FURTHER ORDERED that the appellee's unopposed motion to remand case to the United States District Court for re-sentencing is GRANTED.

IT IS FURTHER ORDERED that the appellee's alternative unopposed motion to extend time to file it's brief until thirty days after the court's denial of the motion to vacate and remand is DENIED as unnecessary.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.